| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MICHAEL HILLIARD, §
　§
　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:24-CV-330
　§
SECURITY STILES UNIT, *et al.*, §
　§
　　Defendants. §

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Hilliard, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed pursuant to 28 U.S.C. § 1915(g) unless plaintiff paid the $405 filing fee within 14 days of when the Report and Recommendation was submitted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation but did not pay the filing fee.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. For the reasons stated in the Report and Recommendation, plaintiff is barred from proceeding *in forma pauperis* in this action. *See Hilliard v. John Peter Smith Hospital*, No. 4:10cv713 (N.D. Tex. Sept. 30, 2010); *Hilliard v. Abshiner*, No. 1:12cv150 (N.D. Tex. Feb. 4, 2013); *Hilliard v. Abshiner*, No. 1:13cv84 (N.D. Tex. Nov. 13, 2013). Plaintiff states he has no

knowledge of two of the cases listed above. However, the cases are linked to him by the same State Identification Number on the prisoner account statements filed in those cases.

### ORDER

Accordingly, the objections filed by plaintiff in this matter (#20) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#18) are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 29th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE