**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| MICHAEL HILLIARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:24-CV-330 |
| § | |
| SECURITY STILES UNIT, *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM OPINION AND ORDER**

The court previously entered a Final Judgment dismissing this matter pursuant to 28 U.S.C. § 1915(g). The plaintiff subsequently filed a notice of appeal and a motion seeking leave to proceed *in forma pauperis* on appeal.

Under 28 U.S.C. § 1915(g), prisoners are prohibited from proceeding *in forma pauperis*, either at the district court level or on appeal, if at least three of their prior lawsuits or appeals have been dismissed as frivolous or malicious, or for failing to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury.

Prior to the date on which the plaintiff filed his notice of appeal, courts had dismissed three lawsuits filed by plaintiff for failure to state a claim upon which relief may be granted.[1] The plaintiff has not demonstrated he was in "imminent danger of serious physical injury" on the date he filed his notice of appeal. Accordingly, Section 1915(g) bars the plaintiff from proceeding with his appeal on an *in forma pauperis* basis. His motion must therefore be denied.

---

[1] *Hilliard v. John Peter Smith Hospital*, No. 4:10cv718 (N.D. Tex. Sept. 20, 2010) (dismissed for failure to state a claim); *Hilliard v. Abshiner*, No. 1:12cv150 (N.D. Tex. Feb. 4, 2013) (dismissed for failure to state a claim; *Hilliard v. Abshiner*, No. 1:13cv84 (N.D. Tex. Nov. 13, 2013) (dismissed for failure to state a claim.

**ORDER**

For the reasons set forth above, the plaintiff's motion to proceed *in forma pauperis* on appeal (#24) is **DENIED**.

SIGNED at Beaumont, Texas, this 30th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE